UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BIPINCHANDRA SHAH,

                              Petitioner,

        -against-

RLI PARTNERS, LIMITED, LIMITED
LIABILITY COMPANY "INVESTMENT
LOTTERY COMPANY", LIMITED LIABILITY
COMPANY "INVESTMENT FINANCIAL
COMPANY 'METROPOL'", and COMMERCIAL
BANK "OBI'EDINENNYI INVESTITSIONNYI
BANK" (LIMITED LIABILITY COMPANY),

                              Respondents.

---

Civil Action No.:  08 Civ. 4446 (JES)


**AFFIDAVIT OF SERVICE**


STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK  )

          CHRISTOPHER A. BLACKWELL, being duly sworn, deposes and says:

          1.  That he is over eighteen years of age, resides in the State of New York and is
not a party to the above-titled action.

          2.  That he, on May 15, 2008, served by UPS Next Day overnight express mail
service a true and correct copy of the Order of Attachment and accompanying exhibit associated
with Petitioner Bipinchandra Shah's Petition to Confirm Foreign Arbitral Award and Application
for a Temporary Restraining Order and Pre-Judgment Order of Attachment upon the following:

                    Bank of New York Mellon
                    One Wall Street
                    New York, New York 10005

                    Citibank, N.A.
                    One Court Square
                    Long Island City, New York 11101

ABN Amro Bank N.V.
c/o Legal Department
500 Park Avenue
New York, New York 10022

American Express Bank
200 Vesey Street
New York, New York 10285

Bank of America, N.A.
40 West 57th Street
New York, New York 10019

Barclay's Bank PLC
222 Broadway
New York, New York 10038

Deutsche Bank AG
60 Wall Street
New York, New York 10005

Deutsche Bank Trust Co. Americas
60 Wall Street
New York, New York 10005

HSBC Bank USA
120 Broadway
New York, New York 10271

JP Morgan Chase Bank, N.A.
One Chase Manhattan Plaza
New York, New York 10005

Standard Chartered Bank
One Madison Avenue
New York, New York 10010

UBS AG
299 Park Avenue
New York, New York 10171

Wachovia Bank
360 Madison Avenue
New York, New York 10017

Christopher A. Blackwell

Sworn to before me this 16th
day of May, 2008.

Notary Public

ANA S. SERRANO-AYAU
Notary Public, State of New York
No. 01SE6057472
Qualified in Queens County
Certificate filed in New York County
Commission Expires April 16, 20 _11_

- 3 -