UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BIPINCHANDRA SHAH,

                        Petitioner,

-against-

RLI PARTNERS, LIMITED, LIMITED LIABILITY COMPANY "INVESTMENT LOTTERY COMPANY", LIMITED LIABILITY COMPANY "INVESTMENT FINANCIAL COMPANY 'METROPOL'", and COMMERCIAL BANK "OBI'EDINENNYI INVESTITSIONNYI BANK" (LIMITED LIABILITY COMPANY),

                        Respondents.

Civil Action No.: 08 Civ. 4446 (JES)

**NOTICE OF
PETITION TO CONFIRM
FOREIGN ARBITRAL AWARD**

---

**TO:** RLI PARTNERS, LIMITED, LIMITED LIABILITY COMPANY "INVESTMENT LOTTERY COMPANY", LIMITED LIABILITY COMPANY "INVESTMENT FINANCIAL COMPANY 'METROPOL'", AND COMMERCIAL BANK "OBI'EDINENNYI INVESTITSIONNYI BANK" (LIMITED LIABILITY COMPANY)

      PLEASE TAKE NOTICE that, pursuant to the Convention on the Recognition and Enforcement of Foreign Arbitral Awards and 9 U.S.C. §§ 201 *et seq.*, petitioner Bipinchandra Shah ("Shah") has filed a Petition to Confirm Foreign Arbitral Award (the "Petition") in the above-captioned action. By his Petition, Shah seeks, *inter alia*, an Order confirming the Arbitral Tribunal's final Award in the arbitration proceeding between Shah and Respondents, and a judgment in conformity therewith. Shah's Petition is based on: (i) this Notice; (ii) the Petition; (iii) the Declaration of Bipinchandra Shah in Support of Shah's Petition to confirm Foreign Arbitration Award; and (iv) all arguments on Shah's behalf at oral argument, if any.

      PLEASE TAKE FURTHER NOTICE that answering papers, if any, shall be served within twenty (20) days from this Notice's date of service.

- 2 -

Dated: New York, New York
      May 30, 2008

                                SALANS

                                By: _____
                                    John J. Hay
                                    Christopher A. Blackwell
                              Rockefeller Center
                              620 Fifth Avenue
                              New York, New York 10020
                              Tel. (212) 632-5500
                              Fax. (212) 632-5555
                              *Attorneys for Petitioner*
                              *Bipinchandra Shah*

NewYork 1164399.1