UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BIPINCHANDRA SHAH,

                Petitioner,

-against-

RLI PARTNERS, LIMITED, LIMITED LIABILITY COMPANY "INVESTMENT LOTTERY COMPANY", LIMITED LIABILITY COMPANY "INVESTMENT FINANCIAL COMPANY 'METROPOL'", and COMMERCIAL BANK "OBI'EDINENNYI INVESTITSIONNYI BANK" (LIMITED LIABILITY COMPANY),

                Respondents.

Civil Action No.: 08 Civ. 4446 (JES)

**AFFIDAVIT OF SERVICE**

---

STATE OF NEW YORK  )
                           ) ss.:
COUNTY OF NEW YORK  )

        CHRISTOPHER A. BLACKWELL, being duly sworn, deposes and says:

        1. That he is over eighteen years of age, resides in the State of New York and is not a party to the above-titled action.

        2. That he, on May 19, 2008, served by Federal Express overnight express mail service a true and correct copy of the following documents:

- Order of Attachment directed at Respondents Commercial Bank "Ob'edinennyi Investitsionnyi Bank" (Limited Liability Company) and Limited Liability Company "Investment Financial Company 'Metropol'";

- Affidavit of John J. Hay, Esq. in Support of Request for Temporary Restraining Order and Order to Show Cause for Pre-Judgment Order of Attachment, with supporting papers;

- Memorandum of Law in Support of Petitioner's Application for a Temporary Restraining Order and Pre-Judgment Order of Attachment;

- Petition to Confirm Foreign Arbitral Award;

- Civil Cover Sheet; and

- Individual Rules and Procedures, the Honorable Judge John E. Sprizzo.

All of the aforementioned documents are associated with Petitioner Bipinchandra Shah's Petition to Confirm Foreign Arbitral Award and Application for a Temporary Restraining Order and Pre-Judgment Order of Attachment. These documents were served upon the following:

"Ob'edinennyi Investitsionnyi Bank": ObiBank
13 Donskaya Street, Building 1
119049 Moscow, Russia

"Investment Financial Company 'Metropol'"
13 Donskaya Street, Building 1
119049 Moscow, Russia

Lukasz Rozdeiczer, Esq.
Robert Lambert, Esq.
Clifford Chance LLP
10 Upper Bank Street
Canary Wharf, London E14 5JJ

Christopher A. Blackwell

Sworn to before me this 6th day of June, 2008.

Notary Public

SUSAN B. NEAL
Notary Public, State of New York
No. 4835690
Qualified in New York County
Commission Expires November 30, 20__

NewYork 1165790.1