UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BIPINCHANDRA SHAH,

                         Petitioner,

    -against-

RLI PARTNERS, LIMITED, LIMITED LIABILITY COMPANY "INVESTMENT LOTTERY COMPANY", LIMITED LIABILITY COMPANY "INVESTMENT FINANCIAL COMPANY 'METROPOL'", and COMMERCIAL BANK "OBI'EDINENNYI INVESTITSIONNYI BANK" (LIMITED LIABILITY COMPANY),

                         Respondents.

Civil Action No.: 08 Civ. 4446 (JES)

**AFFIDAVIT OF SERVICE**

---

STATE OF NEW YORK   )
                                ) ss.:
COUNTY OF NEW YORK )

        CHRISTOPHER A. BLACKWELL, being duly sworn, deposes and says:

        1. That he is over eighteen years of age, resides in the State of New York and is not a party to the above-titled action.

        2. That he, on June 6, 2008, served by Federal Express overnight express mail service a true and correct copy of the following documents:

- Notice of Petition to Confirm Foreign Arbitral Award ("Notice");

- Petition to Confirm Foreign Arbitral Award ("Petition");

- Declaration of Bipinchandra Shah in Support of Petition to Confirm Foreign Arbitration Award ("Declaration");

- Civil Cover Sheet;

- Individual Rules and Procedures, the Honorable Judge John E. Sprizzo; and

- Third Amended Instructions for Filing an Electronic Case or Appeal.

The Notice, Petition and Declaration were all served in both their original language, English, and in Russian, with a certification of translation attached to each.

All six of the aforementioned documents are associated with Petitioner Bipinchandra Shah's Petition to Confirm Foreign Arbitral Award and Application for a Temporary Restraining Order and Pre-Judgment Order of Attachment. These documents were served upon the following:

>RLI Partners, Limited
>Attn: Richard H. Olsen
>Suite 23, Portland House
>Glacis Road, Gibraltar
> - and -
>Richard H. Olsen
>10261 East Bay Harbor Drive, 11th Floor
>Bay Harbor, FL 33154
>
>Investment Lottery Company
>Attn: Dr. Atik Zamman
>1 Yan Raynis Street
>125363 Moscow, Russia
>
>"Investment Financial Company 'Metropol'"
>13 Donskaya Street, Building 1
>119049 Moscow, Russia
>
>"Ob'edinennyi Investitsionnyi Bank": ObiBank
>13 Donskaya Street, Building 1
>119049 Moscow, Russia
>
>Lukasz Rozdeiczer, Esq.
>Robert Lambert, Esq.
>Clifford Chance LLP
>10 Upper Bank Street
>Canary Wharf, London E14 5JJ

_____
Christopher A. Blackwell

Sworn to before me this 9th
day of June, 2008.

_____
Notary Public

MARIANNE S. GUNN
Notary Public, State of New York
No. 01GU6703715
Qualified in New York County
Commission Expires 10/31/2010

NewYork 1165822.1