UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BIPINCHANDRA SHAH,

                   Petitioner,

-against-

RLI PARTNERS, LIMITED, LIMITED LIABILITY COMPANY "INVESTMENT LOTTERY COMPANY", LIMITED LIABILITY COMPANY "INVESTMENT FINANCIAL COMPANY 'METROPOL'", and COMMERCIAL BANK "OBI'EDINENNYI INVESTITSIONNYI BANK" (LIMITED LIABILITY COMPANY),

                   Respondents.

Civil Action No.: 08 Civ. 4446 (JES)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK   )
                             ) ss.:
COUNTY OF NEW YORK )

       CHRISTOPHER BLACKWELL, being duly sworn, deposes and says:

       1. That he is over eighteen years of age, resides in the State of New York and is not a party to the above-titled action.

       2. That he, on May 28, 2008, served by fax a true and correct copy of the Order of Attachment associated with Petitioner Bipinchandra Shah's Petition to Confirm Foreign Arbitral Award and Application for a Temporary Restraining Order and Pre-Judgment Order of Attachment upon the following:

                Citibank, N.A.
                One Court Square
                Long Island City, New York 11101
                Fax no.: (866) 560-0633

                                                                *Christopher Blackwell*

Sworn to before me this 29th
day of May, 2008.

*Ana S. Serrano-Ayau*
Notary Public

ANA S. SERRANO-AYAU
Notary Public, State of New York
No. 01SE6057472
Qualified in Queens County
Certificate filed in New York County
Commission Expires April 16, 2011