UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BIPINCHANDRA SHAH,

                     Petitioner,

-against-

RLI PARTNERS, LIMITED, LIMITED LIABILITY COMPANY "INVESTMENT LOTTERY COMPANY", LIMITED LIABILITY COMPANY "INVESTMENT FINANCIAL COMPANY 'METROPOL'", and COMMERCIAL BANK "OBI'EDINENNYI INVESTITSIONNYI BANK" (LIMITED LIABILITY COMPANY),

                     Respondents.

Civil Action No.: 08 Civ. 4446 (JES)

**AFFIDAVIT OF SERVICE**

---

STATE OF NEW YORK   )
                           ) ss.:
COUNTY OF NEW YORK )

        DERIC GERLACH, being duly sworn, deposes and says:

        1. That he is over eighteen years of age, resides in the State of New York and is not a party to the above-titled action.

        2. That he, on June 17, 2008, served by fax, as agreed to in the annexed email, a true and correct copy of the Order of Attachment and accompanying exhibit associated with Petitioner Bipinchandra Shah's Petition to Confirm Foreign Arbitral Award and Application for a Temporary Restraining Order and Pre-Judgment Order of Attachment upon the following:

                Citibank, N.A.
                One Court Square
                Long Island City, New York 11101
                Fax no.: (866) 560-0633

                                                    /s/ Deric Gerlach
                                                    Deric Gerlach

Sworn to before me this 17th
day of June, 2008.

/s/ Notary Public

MARIANNE S. GUNN
Notary Public, State of New York
No. 01GU6703715
Qualified in New York County
Commission Expires 10/31/2010

**From:** Mihalik, Mary B [mailto:mary.b.mihalik@citi.com]
**Sent:** Thursday, May 29, 2008 9:41 AM
**To:** John J. Hay
**Subject:** RE: RESTRAINING ORDER - a/c 3625-3085
**Importance:** High

John,

Please serve me via fax at 1-866-560-0633. I have desktop fax so the document will go directly to my email inbox.

Regards,

Mary B. Mihalik, VP
Citi Markets & Banking
GCO-Litigation
388 Greenwich Street / 17th Floor
New York, NY 10013
tel:   1-212-816-6182
fax:   1-866-560-0633
email: mary.b.mihalik@citi.com

---

**From:** John J. Hay [mailto:JHay@salans.com]
**Sent:** Wednesday, May 28, 2008 6:21 PM
**To:** Mihalik, Mary B [CMB-GCO]
**Subject:** RE: RESTRAINING ORDER - a/c 3625-3085

Mary:
I wanted to give you a heads-up that, out of an abundance of caution, we intend to serve Citibank with a copy of the same attachment order today and on other occasions in the future to ensure that any funds coming into the account are cover by the attachment. Since you are handling this matter we will serve by fax (which is permitted under the order), to your fax. Please advise if you want us to fax it to some other fax number in order to effect service.
John Hay

John Hay
Salans
Rockefeller Center
620 Fifth Avenue,
New York, NY 10020-2457
(Tel) (212) 632-8457
(Fax) (212) 307-3397
jhay@salans.com
www.salans.com