AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| Southern | DISTRICT OF | New York |

BIPINCHANDRA SHAH,

    Petitioner,

-against-

RLI PARTNERS, LIMITED, LIMITED LIABILITY COMPANY "INVESTMENT LOTTERY COMPANY", LIMITED LIABILITY COMPANY "INVESTMENT FINANCIAL COMPANY 'METROPOL'", and COMMERCIAL BANK "OBI'EDINENNYI INVESTITSIONNYI BANK" (LIMITED LIABILITY COMPANY),

    Respondents.

**APPEARANCE**

Case Number: 08 Civ. 4446 (JES)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Petitioner Bipinchandra Shah.

I certify that I am admitted to practice in this court.

| 6/23/2008 | *signature* |
|---|---|
| Date | Signature |

Christopher A. Blackwell
Print Name                                     Bar Number

620 Fifth Avenue
Address

| New York | NY | 10020 |
|---|---|---|
| City | State | Zip Code |

(212) 632-5500                      (212) 632-5555
Phone Number                                   Fax Number