UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT COURT OF NEW YORK

---

BIPINCHANDRA SHAH,

                Petitioner,

- against -

RLI PARTNERS, LIMITED, LIMITED LIABILITY COMPANY "INVESTMENT LOTTERY COMPANY", LIMITED LIABILITY COMPANY "INVESTMENT FINANCIAL COMPANY 'METROPOL'", and COMMERCIAL BANK "OBI'EDINENNYI INVESTITSIONNYI BANK" (LIMITED LIABILITY COMPANY),

                Respondents.

Civil Action No. 08 Civ. 4446 (JES)

**AFFIDAVIT OF SERVICE**

---

STATE OF NEW YORK   )
                             ) ss.:
COUNTY OF NEW YORK )

        DERIC GERLACH, being duly sworn, deposes and says:

        1. That he is over eighteen years of age, resides in the State of New York and is not a party to the above-titled action.

        2. That he, on July 7, 2008, served by email a true and correct copy of the attached document subpoena.

        3. That the email was sent to mary.p.mihalik@@citi.com, which is the return email address on the email Ms. Mihalik sent to John Hay on July 7, 2008.

        4. That on July 7, 2008, he received an electronic (email) response to his July 7, 2008 email acknowledging that it had been received.

                                                _____
                                                Deric Gerlach

Sworn to before me this 7th
day of July, 2008.

_____
Notary Public

ANA S. SERRANO-AYAU
Notary Public, State of New York
No. 01SE6057472
Qualified in Queens County
Certificate filed in New York County
Commission Expires April 16, 2011

# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Bipinchandra Shah,

                                            Petitioner,

-against-

RLI Partners, Limited, Limited Liability Company "Investment Lottery Company", Limited Liability Company "Investment Financial Company 'Metropol'", and Commercial Bank "Obi'Edinennyi Investitsionnyi Bank" (Limited Liability Company),

                                            Respondents.

**SUBPOENA IN A CIVIL CASE**

CASE NUMBER: 08 Civ. 4446 (JES)

TO: Citibank, N.A.
One Court Square
Long Island City, New York 11101
Fax no.: (866) 560-0633

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |
|  |  |

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  |  |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

All documents and tangible things relating to or concerning all bank accounts or other assets of Respondents Limited Liability Company "Investment Financial Company 'Metropol'" and Commercial Bank "Obi'Edinennyi Investitsionnyi Bank" (Limited Liability Company) for the months of June and July, 2008.

| PLACE | DATE AND TIME |
|---|---|
| Salans<br>620 Fifth Avenue<br>New York, New York 10020 | July 14, 2008<br>at 9:30 a.m. |

☐ YOU ARE COMMANDED to Permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| [signature]     Attorney for Petitioner | July 7, 2008 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
John J. Hay, Esq.
Salans, 620 Fifth Avenue, New York, NY 10020 Tel: (212) 632-5500

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

## PROOF OF SERVICE

|  | DATE | PLACE |
|---|---|---|
| **SERVED** | | |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|
| | |

| SERVED BY (PRINT NAME) | |
|---|---|
| | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____
             DATE

_____
SIGNATURE OF SERVER

_____
ADDRESS OF SERVER

_____

---

Rule 45, Federal Rules of Civil Procedure, Parts C&D:

(c)   PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction, which may include, but is not limited to, lost earnings and a reasonable attorney's fee.

(2)(A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of the subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy the materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3)(A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it
  (i) fails to allow reasonable time for compliance;
  (ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c)(3)(B)(iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held, or
  (iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or
  (iv) subjects a person to undue burden.

(B) If a subpoena
  (i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or
  (ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or
  (iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d)   DUTIES IN RESPONDING TO SUBPOENA.

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

# Deric S. Gerlach

**From:** Mihalik, Mary B  [mary.b.mihalik@citi.com]
**Sent:** Monday, July 07, 2008 2:43 PM
**To:** John J. Hay
**Cc:** Deric S. Gerlach
**Subject:** RE: OBIBANK BALANCE

**Importance:** High

John,

The July 2008 statements for Obibank's account will not be available until the first week of August. Do you want to wait and have the statements for both June & July 2008 delivered together or would you prefer to receive the statements for June 2008 earlier and then wait for July's statements.

Regards, mary

Mary B. Mihalik, VP | GCO Litigation
Citi Markets & Banking | 388 Greenwich Street | 17th Floor / Zone 1 |
New York, NY 10013
Phone: 212-816-6182 | Fax: 866-560-0633 | Email: mary.b.mihalik@citi.com


-----Original Message-----
From: Deric S. Gerlach [mailto:DGerlach@salans.com]
Sent: Monday, July 07, 2008 2:28 PM
To: Mihalik, Mary B [CMB-GCO]
Cc: John J. Hay
Subject: FW: OBIBANK BALANCE

Mary,

Attached is a document subpoena for the June and July account statements for Obibank. Please feel free to contact me if you have any questions.

Regards,

Deric Gerlach


Salans
620 Fifth Avenue
New York, New York 10020
(212) 632-8349


-----Original Message-----
From: Mihalik, Mary B [mailto:mary.b.mihalik@citi.com]
Sent: Monday, July 07, 2008 11:56 AM
To: John J. Hay
Cc: Nelson, Rebecca J
Subject: RE: OBIBANK BALANCE

John,

Please send me another subpoena because the last one only covered the time period up until May 2008.

Thanks, mary

1

Mary B. Mihalik, VP | GCO Litigation
Citi Markets & Banking | 388 Greenwich Street | 17th Floor / Zone 1 |
New York, NY 10013
Phone: 212-816-6182 | Fax: 866-560-0633 | Email: mary.b.mihalik@citi.com


-----Original Message-----
From: John J. Hay [mailto:JHay@salans.com]
Sent: Monday, July 07, 2008 10:36 AM
To: Mihalik, Mary B [CMB-GCO]
Subject: RE: OBIBANK BALANCE

Mary:
Thank you for the information.  Can you send me a copy of the June bank statements for the account?  If you need me to send the subpoena to you again I can.
John


John Hay
Salans
Rockefeller Center
620 Fifth Avenue,
New York, NY 10020-2457
(Tel) (212) 632-8457
(Fax) (212) 307-3397
jhay@salans.com
www.salans.com


-----Original Message-----
From: Mihalik, Mary B [mailto:mary.b.mihalik@citi.com]
Sent: Monday, July 07, 2008 10:28 AM
To: John J. Hay
Cc: Nelson, Rebecca J
Subject: OBIBANK BALANCE
Importance: High

Dear Mr. Hay,

The balance in Obibank's account 36253085 is $1,150,946.37 as of 07/07/08 at  09:43:47

Best regards,

Mary B. Mihalik, VP | GCO Litigation
Citi Markets & Banking | 388 Greenwich Street | 17th Floor / Zone 1 |
New York, NY 10013
Phone: 212-816-6182 | Fax: 866-560-0633 | Email: mary.b.mihalik@citi.com




The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you received this transmission in error, please contact the sender by reply e-mail or by telephone +1 (212) 632-5500 and delete and destroy all copies of the material, including all copies stored in the recipient's computer, printed or saved to disk.

Disclosure Pursuant to Treasury Regulations in Circular 230

To ensure compliance with requirements imposed by the Internal Revenue Service, we inform you that any tax advice contained in this


communication (including any attachments) was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any tax-related matter(s) addressed herein.

The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you received this transmission in error, please contact the sender by reply e-mail or by telephone +1 (212) 632-5500 and delete and destroy all copies of the material, including all copies stored in the recipient's computer, printed or saved to disk.

Disclosure Pursuant to Treasury Regulations in Circular 230

To ensure compliance with requirements imposed by the Internal Revenue Service, we inform you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any tax-related matter(s) addressed herein.