UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BIPINCHANDRA SHAH,

                 Petitioner,

- against -

RLI PARTNERS, LIMITED, LIMITED LIABILITY COMPANY "INVESTMENT LOTTERY COMPANY", LIMITED LIABILITY COMPANY "INVESTMENT FINANCIAL COMPANY 'METROPOL'", and COMMERCIAL BANK "OBI'EDINENNYI INVESTITSIONNYI BANK" (LIMITED LIABILITY COMPANY),

                 Respondents.



Civil Action No.: 08 Civ. 4446 (JES)

**ORDER TO SHOW CAUSE TO CONFIRM AND MODIFY ORDER OF ATTACHMENT**

UPON reading and filing the Order of Attachment entered by this Court on May 15, 2008, the annexed affidavit of John J. Hay, Esq., sworn to on July 7, 2008 and the Exhibits thereto ("Affidavit"), the Proposed Order Confirming and Modifying Order of Attachment and upon all pleadings and proceedings heretofore had herein,

IT IS HEREBY ORDERED, ~~that Respondents Commercial Bank "Obi'edinenny Investitsionnyi Bank" (Limited Liability Bank) ("ObiBank") and Limited Liability Company "Investment Financial Company 'Metropol'" ("IFC Metropol") or their attorneys show cause before this Court, before the Honorable John E. Sprizzo, United States District Judge, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Courtroom 14C, New York, New York 10007 on July 14, 2008, at 10 a.m., or as soon thereafter as counsel can be heard, why the annexed ex parte Order of Attachment entered by the Court on May 15, 2008~~

JES

~~should not be confirmed and modified as indicated by the attached Proposed Order Confirming and Modifying Order of Attachment;~~ *JES*

IT IS FURTHER ORDERED, that any opposition papers to this Order to Show Cause shall be served so as to be received by Petitioner's counsel and this Court no later than ~~July __, 2008;~~ August 8, 2008; *JES*

IT IS FURTHER ORDERED, that Service upon the Garnishees via facsimile, electronic transmission, overnight courier, express mail, or personal delivery, on or by July 15, 2008 shall be deemed sufficient service thereof; and

IT IS FURTHER ORDERED, that Service upon Respondents ObiBank and IFC Metropol of a copy of this Order to Show Cause and the papers upon which it is based via facsimile, electronic transmission, overnight courier, express mail, or personal delivery, on or by July 15, 2008 shall be deemed sufficient service thereof.

ENTER:

_____
JOHN E. SPRIZZO
UNITED STATES DISTRICT JUDGE

Dated:   New York, New York
         July 10, 2008

- 2 -

NewYork 1172632.4