UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BIPINCHANDRA SHAH,

                       Petitioner,

-against-

RLI PARTNERS, LIMITED, LIMITED LIABILITY COMPANY "INVESTMENT LOTTERY COMPANY", LIMITED LIABILITY COMPANY "INVESTMENT FINANCIAL COMPANY 'METROPOL'", and COMMERCIAL BANK "OBI'EDINENNYI INVESTITSIONNYI BANK" (LIMITED LIABILITY COMPANY),

                       Respondents.

Civil Action No.: 08 Civ. 4446 (JES)

**AFFIDAVIT OF SERVICE**

---

STATE OF NEW YORK   )
                              : ss.:
COUNTY OF NEW YORK )

      DERIC GERLACH, being duly sworn, deposes and says:

      1.    That he is over eighteen years of age, resides in the State of New York and is not a party to the above-titled action.

      2.    That he, on July 14, 2008, served by Federal Express overnight express mail service a true and correct copy of the following documents:

- Order to Show Cause to Confirm and Modify Order of Attachment;

- Order of Attachment entered May 15, 2008;

- Affidavit of John J. Hay, Esq. in Support of Order to Show Cause to Confirm and Modify Pre-Judgment Order of Attachment sworn to on July 8, 2008, along with the exhibits thereto;

- Proposed Order Confirming and Modifying Order of Attachment;

All four of the aforementioned documents are associated with Petitioner Bipinchandra Shah's Petition to Confirm Foreign Arbitral Award and Application for a Temporary Restraining Order and Pre-Judgment Order of Attachment. These documents were served upon the following:

>RLI Partners, Limited
>Attn: Richard H. Olsen
>Suite 23, Portland House
>Glacis Road, Gibraltar
>    - and -
>Richard H. Olsen
>10261 East Bay Harbor Drive, 11th Floor
>Bay Harbor, FL 33154
>
>Investment Lottery Company
>Attn: Dr. Atik Zamman
>1 Yan Raynis Street
>125363 Moscow, Russia
>
>"Investment Financial Company 'Metropol'"
>13 Donskaya Street, Building 1
>119049 Moscow, Russia
>
>"Ob'edinennyi Investitsionnyi Bank": ObiBank
>13 Donskaya Street, Building 1
>119049 Moscow, Russia
>
>Lukasz Rozdeiczer, Esq.
>Robert Lambert, Esq.
>Clifford Chance LLP
>10 Upper Bank Street
>Canary Wharf, London E14 5JJ

_____
Deric Gerlach

Sworn to before me this
15th day of July, 2008.

_____
Notary Public

MARIANNE S. GUNN
Notary Public, State of New York
No. 01GU6703715
Qualified in New York County
Commission Expires 10/31/2010