UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BIPINCHANDRA SHAH, )
)
                      Petitioner, )
   -against- )   Civil Action No.: 08 Civ. 4446 (JES)
)
RLI PARTNERS, LIMITED, LIMITED )
LIABILITY COMPANY "INVESTMENT )
LOTTERY COMPANY", LIMITED )
LIABILITY COMPANY "INVESTMENT )
FINANCIAL COMPANY 'METROPOL'", )
and COMMERCIAL BANK )
"OBI'EDINENNYI INVESTITSIONNYI )
BANK" (LIMITED LIABILITY )
COMPANY), )
)
                      Respondents. )

---

## DECLARATION OF ARMINE G. MANASSYAN

I, Armine G. Manassyan, hereby state as follows:

1.     I am an associate in the Salans law firm, resident in the Moscow office in the Russian Federation. I am an attorney qualified to practice law in the Russian Federation. I have been engaged to effectuate service of process in this matter pursuant to Rules 4(f) and 4(h) of the Federal Rules of Civil Procedure. I am fully familiar with the facts and circumstances set forth herein. I submit this declaration as proof of service in this action.

2.     I was engaged by John J. Hay and Christopher A. Blackwell, counsels for the petitioner in this case, to effect service of process upon the respondents in this action

in the manner prescribed by the law of the Russian Federation for service in the Russian Federation in an action in any of its courts of general jurisdiction.

3. The service procedure in an action in the Russian Federation's courts of general jurisdiction is governed by the Civil Procedure Code of the Russian Federation ("RF CPC"). Under Article 113.1 of the RF CPC, "the parties in the case, and also witnesses, experts, specialists and interpreters are notified or summoned to court by registered letter with delivery notification, subpoena with delivery notification, telephone message or telegram, by facsimile or using other means of communication or delivery, which ensure to fix the judicial notice or summons and its delivery to the addressee."

4. According to the Russian Unified Register of Legal Entities, three respondents in this case are legal entities incorporated under Russian law with the following registered addresses:

- Limited Liability Company "Investment Lottery Company" is registered at 1 Yan Raynis street, 125363 Moscow, Russia;

- Limited Liability Company "Investment Financial Company 'Metropol'" is registered at 13 Donskaya street, building 1, 119049 Moscow, Russia;

- Commercial Bank "Obi'edinennyi Investitsionnyi Bank" (Limited Liability Company) is registered at 13 Donskaya street, building 1, 119049 Moscow, Russia.

5. Pursuant to the above cited provision of the RF CPC, on June 23, 2008 I personally delivered a copy of each of the following documents to (i) LLC "Investment Financial Company 'Metropol'", and (ii) Commercial Bank "Obi'edinennyi Investitsionnyi Bank" (LLC) at the addresses stated in the clause 4 above: Notice of Petition to Confirm Foreign Arbitral Award (together with Russian translation); Petition

to Confirm Foreign Arbitral Award (together with Russian translation); Declaration of Bipinchandra Shah in Support of Petition to Confirm Foreign Arbitration Award (together with Russian translation); Judge Johm E. Sprizzo's Individual Rules and Procedures; the U.S. District Court for the Southern District of New York's ("SDNY") 3rd Amended Instructions for Filing an Electronic Case or Appeal; the SDNY Civil Cover Sheet, - such delivery being confirmed by the handwritten inscription made on a plain copy of one of the served documents by the respective respondent' employee (attached as Exhibits A and B hereto).

     6.     I failed to serve the documents LLC "Investment Lottery Company" due to the absence of the respondent's office at the said registered address.

     7.     Such hand-delivery would be sufficient to accomplish service of process under the law of the Russian Federation if this action had been brought in one of the Russian Federation's courts of general jurisdiction.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Dated: June 23, 2008
Moscow, Russian Federation

                                                   /s/ _____
                                                   Armine G. Manassyan

# EXHIBIT A

Case 1:08-cv-04446-JES   Document 23   Filed 07/16/2008   Page 4 of 17

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BIPINCHANDRA SHAH,

                Petitioner,

-against-

RLI PARTNERS, LIMITED, LIMITED
LIABILITY COMPANY "INVESTMENT
LOTTERY COMPANY", LIMITED LIABILITY
COMPANY "INVESTMENT FINANCIAL
COMPANY 'METROPOL'", and COMMERCIAL
BANK "OBI'EDINENNYI INVESTITSIONNYI
BANK" (LIMITED LIABILITY COMPANY),

                Respondents.

Civil Action No.: 08 Civ. 4446 (JES)

NOTICE OF
PETITION TO CONFIRM
<u>FOREIGN ARBITRAL AWARD</u>

---

TO:   RLI PARTNERS, LIMITED, LIMITED LIABILITY COMPANY "INVESTMENT
LOTTERY COMPANY", LIMITED LIABILITY COMPANY "INVESTMENT
FINANCIAL COMPANY 'METROPOL'", AND COMMERCIAL BANK
"OBI'EDINENNYI INVESTITSIONNYI BANK" (LIMITED LIABILITY
COMPANY)

       PLEASE TAKE NOTICE that, pursuant to the Convention on the Recognition and Enforcement of Foreign Arbitral Awards and 9 U.S.C. §§ 201 *et seq.*, petitioner Bipinchandra Shah ("Shah") has filed a Petition to Confirm Foreign Arbitral Award (the "Petition") in the above-captioned action. By his Petition, Shah seeks, *inter alia*, an Order confirming the Arbitral Tribunal's final Award in the arbitration proceeding between Shah and Respondents, and a judgment in conformity therewith. Shah's Petition is based on: (i) this Notice; (ii) the Petition; (iii) the Declaration of Bipinchandra Shah in Support of Shah's Petition to confirm Foreign Arbitration Award; and (iv) all arguments on Shah's behalf at oral argument, if any.

       PLEASE TAKE FURTHER NOTICE that answering papers, if any, shall be served within twenty (20) days from this Notice's date of service.

*[Handwritten in Russian:]* Получено. Помощник Генерального директора Болотин. ИФК "Метрополь" 23.06.08

Dated: New York, New York
      May 30, 2008

                                      SALANS

                              By: _____
                                John J. Hay
                                Christopher A. Blackwell
Rockefeller Center
620 Fifth Avenue
New York, New York 10020
Tel. (212) 632-5500
Fax. (212) 632-5555
*Attorneys for Petitioner*
*Bipinchandra Shah*

ОКРУЖНОЙ СУД СОЕДИНЕННЫХ ШТАТОВ АМЕРИКИ
ЮЖНЫЙ ФЕДЕРАЛЬНЫЙ СУДЕБНЫЙ ОКРУГ НЬЮ-ЙОРКА

| | |
|---|---|
| БИПИНЧАНДРА ШАХ,<br><br>      Истец,<br><br>- против -<br><br>«RLI PARTNERS, LIMITED», ОБЩЕСТВА С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ "ИНВЕСТИЦИОННОЙ ЛОТЕРЕЙНОЙ КОМПАНИИ", ОБЩЕСТВА С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ "ИНВЕСТИЦИОННОЙ ФИНАНСОВОЙ КОМПАНИИ «МЕТРОПОЛЬ»», И КОММЕРЧЕСКОГО БАНКА «ОБЪЕДИНЕННЫЙ ИНВЕСТИЦИОННЫЙ БАНК» (ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ),<br><br>      Ответчиков. | Гражданский иск №: 08 Civ. 4446 (JES)<br><br>УВЕДОМЛЕНИЕ:<br>**ХОДАТАЙСТВО О ПОДТВЕРЖДЕНИИ РЕШЕНИЯ ИНОСТРАННОГО АРБИТРАЖНОГО СУДА** |

КОМУ: «RLI PARTNERS, LIMITED», ОБЩЕСТВУ С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ "ИНВЕСТИЦИОННОЙ ЛОТЕРЕЙНОЙ КОМПАНИИ", ОБЩЕСТВУ С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ "ИНВЕСТИЦИОННОЙ ФИНАНСОВОЙ КОМПАНИИ «МЕТРОПОЛЬ»», И КОММЕРЧЕСКОМУ БАНКУ «ОБЪЕДИНЕННЫЙ ИНВЕСТИЦИОННЫЙ БАНК» (ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ)

  НАСТОЯЩИМ ПРОСИМ ПРИНЯТЬ УВЕДОМЛЕНИЕ о том, что в соответствии с Конвенцией по признанию и принудительному применению решений иностранного Арбитражного суда и Разделом 9 Кодекса законов США §§ 201 *и всех последующих*, истец Шах Бипинчандра ("Шах") подал Ходатайство о подтверждении решения иностранного Арбитражного суда ("Ходатайство") в вышеуказанном в заглавии иске. Своим Ходатайством, *среди прочего*, Шах добивается судебного приказа, подтверждающего заключительное решение, вынесенное по делу Арбитражным судом в арбитражном разбирательстве между Шахом и Ответчиками, и немедленного соответствующего судебного решения. Ходатайство Шаха основано на: (i) настоящем Уведомлении; (ii) Ходатайстве; (iii) исковом заявлении Шаха Бипинчандры в поддержку Ходатайства Шаха о подтверждении решения иностранного Арбитражного суда; и (iv)

всех аргументов от имени Шаха, приведенных в выступлении в суде, при наличии таковых.

   ПОЖАЛУЙСТА, ПРИМИТЕ К СВЕДЕНИЮ, что ответные документы, если таковые есть в наличии, должны быть вручены в течение двадцати (20) дней со дня вручения настоящего Уведомления.

Дата: Нью-Йорк, штат Нью-Йорк
   30 мая 2008 года

         САЛАНС

         В лице: _____
          Джон Дж. Хэй
          Кристофер А. Блэквел
         Рокфеллеровский центр
         Пятое авеню 620
         г. Нью-Йорк, штат Нью-Йорк 10020
         Тел. (212) 632-5500
         Факс. (212) 632-5555
         *Адвокат Истца*
         *Бипинчандра Шаха*

**ASTA-USA TRANSLATION SERVICES, INC.**
6030 EL TORDO, SUITE A - BOX 462, RANCHO SANTA FE, CALIFORNIA 92067-0462 USA
Тел.: 858.756.7156 | Факс: 858.756.7155 | WWW.ASTA-USA.COM | WWW.LEGALTRANSLATIONSOLUTIONS.COM

# СЕРТИФИЦИРОВАННЫЙ ПЕРЕВОД

*Документы переведены для:*

| ФАМИЛИЯ: | ИМЯ: | ОТЧЕСТВО: |
|---|---|---|
| КОМПАНИЯ: Limited Liability Company «Investment Lottery Company» | ПОДРАЗДЕЛЕНИЕ: | |

*Список переведенных материалов, документов, форм, приложений, лицензий и т.д.*

| Shah Notice of Petition |
|---|
|  |
|  |

| Язык оригинала: | Английский |
|---|---|
| Язык перевода: | Русский |

**САН-ДИЕГО, КАЛИФОРНИЯ**

ОТНОСИТЕЛЬНО ВЫШЕУКАЗАННЫХ МАТЕРИАЛОВ/ДОКУМЕНТОВ: мы, компания ASTA-USA Translation Services, Inc. - профессиональное агентство, осуществляющее перевод документов, данным подтверждаем, что перевод, выполненный сертифицированными профессиональными переводчиками компании ASTA-USA, представляет собой, по нашему убеждению, точное и правильное толкование терминологии/содержания оригинального документа (документов). Данным подтверждается исключительно корректность перевода. Мы не гарантируем, что оригинал является подлинным документом, а также что утверждения, содержащиеся в оригинальном документе (документах) являются достоверными.

В ПОДТВЕРЖДЕНИЕ ВЫШЕИЗЛОЖЕННОГО, должным образом уполномоченный официальный представитель (ли) компании ASTA-USA Translation Services, Incorporated подписал (ли) данный Сертификат.

Подпись: _____   Дата: 03 июня 2008 года

Alain J Roy, Президент



Национальная ассоциация судебных переводчиков
(The National Association of
Judiciary Interpreters & Translators)

ASTA-USA Translation Services, Incorporated – Членский №: 7031
*Полноправный член*



F-C1206

CIVIL ACTION NO. 08 CIV. 4446 (JES)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF
NEW YORK

BIPINCHANDRA SHAH,

　　　　　Petitioner,

-against-

RLI PARTNERS, LIMITED, LIMITED LIABILITY COMPANY", LIMITED LIABILITY COMPANY "INVESTMENT FINANCIAL COMPANY 'METROPOL", AND COMMERCIAL BANK "OBIEDINENNYI INVESTITSIONNYI BANK" (LIMITED LIABILITY COMPANY),

　　　　　Respondents.

NOTICE OF PETITION TO CONFIRM
FOREIGN ARBITRAL AWARD

**SALANS**
Attorneys For Bipinchandra Shah
Rockefeller Center
620 Fifth Avenue
New York, NY 10020-2457
Tel 212 632 5500
Fax 212 632 5555

EXHIBIT B

Case 1:08-cv-04446-JES   Document 23   Filed 07/16/2008   Page 11 of 17

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BIPINCHANDRA SHAH,

               Petitioner,

-against-

RLI PARTNERS, LIMITED, LIMITED LIABILITY COMPANY "INVESTMENT LOTTERY COMPANY", LIMITED LIABILITY COMPANY "INVESTMENT FINANCIAL COMPANY 'METROPOL'", and COMMERCIAL BANK "OBI'EDINENNYI INVESTITSIONNYI BANK" (LIMITED LIABILITY COMPANY),

               Respondents.

Civil Action No.: 08 Civ. 4446 (JES)

NOTICE OF
PETITION TO CONFIRM
FOREIGN ARBITRAL AWARD

---

TO:   RLI PARTNERS, LIMITED, LIMITED LIABILITY COMPANY "INVESTMENT LOTTERY COMPANY", LIMITED LIABILITY COMPANY "INVESTMENT FINANCIAL COMPANY 'METROPOL'", AND COMMERCIAL BANK "OBI'EDINENNYI INVESTITSIONNYI BANK" (LIMITED LIABILITY COMPANY)

      PLEASE TAKE NOTICE that, pursuant to the Convention on the Recognition and Enforcement of Foreign Arbitral Awards and 9 U.S.C. §§ 201 *et seq.*, petitioner Bipinchandra Shah ("Shah") has filed a Petition to Confirm Foreign Arbitral Award (the "Petition") in the above-captioned action. By his Petition, Shah seeks, *inter alia*, an Order confirming the Arbitral Tribunal's final Award in the arbitration proceeding between Shah and Respondents, and a judgment in conformity therewith. Shah's Petition is based on: (i) this Notice; (ii) the Petition; (iii) the Declaration of Bipinchandra Shah in Support of Shah's Petition to confirm Foreign Arbitration Award; and (iv) all arguments on Shah's behalf at oral argument, if any.

      PLEASE TAKE FURTHER NOTICE that answering papers, if any, shall be served within twenty (20) days from this Notice's date of service.

*[handwritten Cyrillic annotations and signature, dated 23.06.08]*

Dated: New York, New York
      May 30, 2008

                                      SALANS

                             By: _____
                               John J. Hay
                               Christopher A. Blackwell
                            Rockefeller Center
                            620 Fifth Avenue
                            New York, New York 10020
                            Tel. (212) 632-5500
                            Fax. (212) 632-5555
                            *Attorneys for Petitioner*
                            *Bipinchandra Shah*

ОКРУЖНОЙ СУД СОЕДИНЕННЫХ ШТАТОВ АМЕРИКИ
ЮЖНЫЙ ФЕДЕРАЛЬНЫЙ СУДЕБНЫЙ ОКРУГ НЬЮ-ЙОРКА

| | |
|---|---|
| БИПИНЧАНДРА ШАХ,<br><br>                    Истец,<br><br>- против -<br><br>«RLI PARTNERS, LIMITED», ОБЩЕСТВА С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ "ИНВЕСТИЦИОННОЙ ЛОТЕРЕЙНОЙ КОМПАНИИ", ОБЩЕСТВА С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ "ИНВЕСТИЦИОННОЙ ФИНАНСОВОЙ КОМПАНИИ «МЕТРОПОЛЬ»», И КОММЕРЧЕСКОГО БАНКА «ОБЪЕДИНЕННЫЙ ИНВЕСТИЦИОННЫЙ БАНК» (ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ),<br><br>                    Ответчиков. | Гражданский иск №: 08 Civ. 4446 (JES)<br><br>УВЕДОМЛЕНИЕ:<br>ХОДАТАЙСТВО О ПОДТВЕРЖДЕНИИ <u>РЕШЕНИЯ ИНОСТРАННОГО АРБИТРАЖНОГО СУДА</u> |

КОМУ: «RLI PARTNERS, LIMITED», ОБЩЕСТВУ С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ "ИНВЕСТИЦИОННОЙ ЛОТЕРЕЙНОЙ КОМПАНИИ", ОБЩЕСТВУ С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ "ИНВЕСТИЦИОННОЙ ФИНАНСОВОЙ КОМПАНИИ «МЕТРОПОЛЬ»», И КОММЕРЧЕСКОМУ БАНКУ «ОБЪЕДИНЕННЫЙ ИНВЕСТИЦИОННЫЙ БАНК» (ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ)

      НАСТОЯЩИМ ПРОСИМ ПРИНЯТЬ УВЕДОМЛЕНИЕ о том, что в соответствии с Конвенцией по признанию и принудительному применению решений иностранного Арбитражного суда и Разделом 9 Кодекса законов США §§ 201 *и всех последующих*, истец Шах Бипинчандра ("Шах") подал Ходатайство о подтверждении решения иностранного Арбитражного суда ("Ходатайство") в вышеуказанном в заглавии иске. Своим Ходатайством, *среди прочего*, Шах добивается судебного приказа, подтверждающего заключительное решение, вынесенное по делу Арбитражным судом в арбитражном разбирательстве между Шахом и Ответчиками, и немедленного соответствующего судебного решения. Ходатайство Шаха основано на: (i) настоящем Уведомлении; (ii) Ходатайстве; (iii) исковом заявлении Шаха Бипинчандры в поддержку Ходатайства Шаха о подтверждении решения иностранного Арбитражного суда; и (iv)

всех аргументов от имени Шаха, приведенных в выступлении в суде, при наличии таковых.

**ПОЖАЛУЙСТА, ПРИМИТЕ К СВЕДЕНИЮ,** что ответные документы, если таковые есть в наличии, должны быть вручены в течение двадцати (20) дней со дня вручения настоящего Уведомления.

Дата:   Нью-Йорк, штат Нью-Йорк
       30 мая 2008 года

                                     САЛАНС

                                     В лице: _____
                                             Джон Дж. Хэй
                                             Кристофер А. Блэквел
                                   Рокфеллеровский центр
                                   Пятое авеню 620
                                   г. Нью-Йорк, штат Нью-Йорк 10020
                                   Тел. (212) 632-5500
                                   Факс. (212) 632-5555
                                   *Адвокат Истца*
                                   *Бипинчандра Шаха*

**ASTA-USA TRANSLATION SERVICES, INC.**
6030 EL TORDO, SUITE A - BOX 462, RANCHO SANTA FE, CALIFORNIA 92067-0462 USA
Тел.: 858.756.7156 | Факс: 858.756.7155 | WWW.ASTA-USA.COM | WWW.LEGALTRANSLATIONSOLUTIONS.COM

## СЕРТИФИЦИРОВАННЫЙ ПЕРЕВОД

*Документы переведены для:*

| ФАМИЛИЯ: | ИМЯ: | ОТЧЕСТВО: |
|---|---|---|
| КОМПАНИЯ: Limited Liability Company «Investment Lottery Company» | ПОДРАЗДЕЛЕНИЕ: | |

*Список переведенных материалов, документов, форм, приложений, лицензий и т.д.*

| Shah Notice of Petition |
|---|
| |
| |

| Язык оригинала: | Английский |
|---|---|
| Язык перевода: | Русский |

**САН-ДИЕГО, КАЛИФОРНИЯ**

ОТНОСИТЕЛЬНО ВЫШЕУКАЗАННЫХ МАТЕРИАЛОВ/ДОКУМЕНТОВ: мы, компания ASTA-USA Translation Services, Inc. - профессиональное агентство, осуществляющее перевод документов, данным подтверждаем, что перевод, выполненный сертифицированными профессиональными переводчиками компании ASTA-USA, представляет собой, по нашему убеждению, точное и правильное толкование терминологии/содержания оригинального документа (документов). Данным подтверждается исключительно корректность перевода. Мы не гарантируем, что оригинал является подлинным документом, а также что утверждения, содержащиеся в оригинальном документе (документах) являются достоверными.

В ПОДТВЕРЖДЕНИЕ ВЫШЕИЗЛОЖЕННОГО, должным образом уполномоченный официальный представитель (ли) компании ASTA-USA Translation Services, Incorporated подписал (ли) данный Сертификат.

Подпись: _____   Дата: 03 июня 2008 года
Alain J Roy, Президент



Национальная ассоциация судебных переводчиков
(The National Association of
Judiciary Interpreters & Translators)

ASTA-USA Translation Services, Incorporated – Членский №: 7031
*Полноправный член*

F-C1206



CIVIL ACTION NO. 08 CIV. 4446 (JES)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BIPINCHANDRA SHAH,

    Petitioner,

-against-

RLI PARTNERS, LIMITED, LIMITED LIABILITY COMPANY "INVESTMENT FINANCIAL COMPANY 'METROPOL'", AND COMMERCIAL BANK "OBIEDINENNYI INVESTITSIONNYI BANK" (LIMITED LIABILITY COMPANY),

    Respondents.

---

NOTICE OF PETITION TO CONFIRM FOREIGN ARBITRAL AWARD

---

SALANS
Attorneys For Bipinchandra Shah
Rockefeller Center
620 Fifth Avenue
New York, NY 10020-2457
Tel 212 632 5500
Fax 212 632 5555