UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BIPINCHANDRA SHAH,

                    Petitioner,

-against-

RLI PARTNERS, LIMITED, LIMITED LIABILITY COMPANY "INVESTMENT LOTTERY COMPANY", LIMITED LIABILITY COMPANY "INVESTMENT FINANCIAL COMPANY 'METROPOL'", and COMMERCIAL BANK "OBI'EDINENNYI INVESTITSIONNYI BANK" (LIMITED LIABILITY COMPANY),

                    Respondents.

Civil Action No.: 08 Civ. 4446 (JES)

**AFFIDAVIT OF SERVICE**

---

STATE OF NEW YORK  )
                             : ss.:
COUNTY OF NEW YORK  )

        DERIC GERLACH, being duly sworn, deposes and says:

        1.    That he is over eighteen years of age, resides in the State of New York and is not a party to the above-titled action.

        2.    That he, on July 15, 2008, served by UPS ground next day mail service a true and correct copy of the following documents:

- Order to Show Cause to Confirm and Modify Order of Attachment;

- Order of Attachment entered May 15, 2008;

- Affidavit of John J. Hay, Esq. in Support of Order to Show Cause to Confirm and Modify Pre-Judgment Order of Attachment sworn to on July 8, 2008, along with the exhibits thereto;

- Proposed Order Confirming and Modifying Order of Attachment;

All four of the aforementioned documents are associated with Petitioner Bipinchandra Shah's Petition to Confirm Foreign Arbitral Award and Application for a Temporary Restraining Order and Pre-Judgment Order of Attachment. These documents were served upon the following:

Bank of New York Mellon
Legal Department
One Wall Street
New York, New York 10005

Bank of New York Mellon
Civil Legal Department
120 Broadway 19th Floor
New York, New York 10271

ABN Amro Bank N.V.
Legal Department
Park Avenue Plaza
55 East 52nd Street
New York, New York 10055

American Express Bank
Legal Department
200 Vesey Street
New York, New York 10285

Bank of America, N.A.
Legal Department
40 West 57th Street
New York, New York 10019

Barclay's Bank PLC
Legal Department
222 Broadway
New York, New York 10038

Deutsche Bank AG
Legal Department
60 Wall Street
New York, New York 10005

Citibank, N.A.
Legal Department
One Court Square 7th Floor
Long Island City, New York 11101

ABN Amro Bank N.V.
Legal Department
500 Park Avenue
New York, New York 10022

JP Morgan Chase Bank, N.A.
Legal Department
One Chase Manhattan Plaza
New York, New York 10005

JP Morgan Chase Bank, N.A.
Court Orders and Levies Department
LA2-9381
451 Florida Street
Baton Rouge, Louisiana 70801

Standard Chartered Bank
Legal Department
One Madison Avenue
New York, New York 10010

UBS AG
Legal Department
299 Park Avenue
New York, New York 10171

Wachovia Bank
Legal Department
360 Madison Avenue
New York, New York 10017

Deutsche Bank Trust Co. Americas
Legal Department
60 Wall Street
New York, New York 10005

Wachovia Bank
Attention: Judicial Processing, PA292
5th & Market Street
Philadelphia, Pennsylvania 19101

HSBC Bank USA
Legal Department
120 Broadway
New York, New York 10271

_____
Deric Gerlach

Sworn to before me this
16th day of July, 2008.

_____
Notary Public

MARIANNE S. GUNN
Notary Public, State of New York
No. 01GU6703715
Qualified in New York County
Commission Expires 10/31/ 2010

- 3 -

NewYork 1181464.1