UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BIPINCHANDRA SHAH,

Petitioner,

-against-

RLI PARTNERS, LIMITED, LIMITED
LIABILITY COMPANY "INVESTMENT
LOTTERY COMPANY", LIMITED LIABILITY
COMPANY "INVESTMENT FINANCIAL
COMPANY 'METROPOL'", and COMMERCIAL
BANK "OBI'EDINENNYI INVESTITSIONNYI
BANK" (LIMITED LIABILITY COMPANY),

Respondents.

Civil Action No.: 08 Civ. 4446 (JES)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK  )

DERIC GERLACH, being duly sworn, deposes and says:

1. That he is over eighteen years of age, resides in the State of New York and is not a party to the above-titled action.

2. That he, on July 3, 2008, July 7, 2008, July 8, 2008, July 9, 2008, July 10, 2008, July 11, 2008, July 14, 2008, July 15, 2008, July 16, 2008, July 17, 2008, July 18, 2008, July 21, 2008, July 22, 2008, July 23, 2008, July 24, 2008 and July 25, 2008 served by fax, as agreed to in the annexed email, a true and correct copy of the Order of Attachment and accompanying exhibit associated with Petitioner Bipinchandra Shah's Petition to Confirm Foreign Arbitral Award and Application for a Temporary Restraining Order and Pre-Judgment Order of Attachment upon the following:

Citibank, N.A.
One Court Square
Long Island City, New York 11101
Fax no.: (866) 560-0633

Deric Gerlach

Sworn to before me this 28th
day of July, 2008.

Notary Public

ANA S. SERRANO-AYAU
Notary Public, State of New York
No. 01SE6057472
Qualified in Queens County
Certificate filed in New York County
Commission Expires April 16, 20__