UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BIPINCHANDRA SHAH,

                     Petitioner,

  -against-

RLI PARTNERS, LIMITED, LIMITED LIABILITY COMPANY "INVESTMENT LOTTERY COMPANY", LIMITED LIABILITY COMPANY "INVESTMENT FINANCIAL COMPANY 'METROPOL'", and COMMERCIAL BANK "OBI'EDINENNYI INVESTITSIONNYI BANK" (LIMITED LIABILITY COMPANY),

                     Respondents.

Civil Action No.: 08 Civ. 4446 (JES)

**AFFIDAVIT OF SERVICE**

---

STATE OF NEW YORK   )
                              ) ss.:
COUNTY OF NEW YORK )

       WAYNE UFFLEMAN, being duly sworn, deposes and says:

       1. That he is over eighteen years of age, resides in Jersey City, New Jersey and is not a party to the above-titled action.

       2. That he, on July 25, 2008 at approximately 4:30 p.m., served by hand a true and correct copy of the Order of Attachment and accompanying exhibit associated with Petitioner Bipinchandra Shah's Petition to Confirm Foreign Arbitral Award and Application for a Temporary Restraining Order and Pre-Judgment Order of Attachment upon the following:

            Deutsche Bank AG
            Legal Department
            60 Wall Street
            New York, New York 10005

                                             _____
                                                 Wayne Uffleman

Sworn to before me this 29th
day of July, 2008.

_____
Notary Public

ANTHONY M. PABON
Notary Public, State of New York
No. 01PA5050425
Qualified in New York County
Commission Expires October 10, 2009