UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BIPINCHANDRA SHAH,

                        Petitioner,

- against -

RLI PARTNERS, LIMITED, LIMITED LIABILITY COMPANY "INVESTMENT LOTTERY COMPANY," LIMITED LIABILITY COMPANY "INVESTMENT FINANCIAL COMPANY 'METROPOL'," and COMMERCIAL BANK "OBI'EDINENNYI INVESTITSIONNYI BANK" (LIMITED LIABILITY COMPANY),

                        Respondents.

Civil Action No.: 08 Civ. 4446 (JES)

**AFFIDAVIT OF SERVICE**

---

STATE OF NEW YORK  )
                            ) ss.:
COUNTY OF NEW YORK )

       CHRISTOPHER A. BLACKWELL, being duly sworn, deposes and says:

       1. That he is over eighteen years of age, resides in the State of New York and is not a party to the above-titled action.

       2. That he, on July 30, 2008, served Respondent RLI Partners, Limited a letter notifying all Respondents of the upcoming pre-motion conference concerning Petitioner's request to file a motion for summary and default judgment against certain Respondents ("Notice Letter," a true, correct and complete copy of which is attached hereto as Exhibit A) by fax, email and Federal Express overnight express mail at the following addresses and phone numbers:

                RLI Partners, Limited
                Attn: Richard H. Olsen, Esq.
                Suite 23, Portland House
                Glacis Road, Gibraltar
                Fax: +1 978 383 2559
                Email: ols2004@aol.com
                  - and -
                Richard H. Olsen, Esq.
                10261 East Bay Harbor Drive, 11th Floor
                Bay Harbor, FL 33154
                Fax: +1 305 866 8658

      3. That he, on July 30, 2008, served Respondent Limited Liability Company "Investment Lottery Company" the attached Notice Letter by fax and Federal Express overnight express mail at the following addresses and phone numbers:

> Investment Lottery Company
> Attn: Dr. Atik Zamman
> 1 Yan Raynis Street
> 125363 Moscow
> Russia Federation
> Fax: +7 095 787 5221
>   - and -
> Investment Lottery Company
> Attn: Dr. Atik Zamman
> 57a Vavilova Street
> 117292 Moscow
> Russian Federation
> Fax: +7 095 231 3155

      4. That he, on July 30, 2008, served Respondent Limited Liability Company "Investment Financial Company "Metropol"" the attached Notice Letter by fax and Federal Express overnight express mail at the following address and phone number:

> "Investment Financial Company 'Metropol'"
> Attn: Alexander Valentinovich Udaltsov
> 13 Donskaya Street, Building 1
> 119049 Moscow
> Russian Federation
> Fax: +7 095 933 3300

      5. That he, on July 30, 2008, served Respondent Commercial Bank "Ob'edinennyi Investitsionnyi Bank" (limited liability company) ("ObiBank") the attached Notice Letter by fax and Federal Express overnight express mail at the following address and phone number:

> "Ob'edinennyi Investitsionnyi Bank": ObiBank
> Attn: Alexei Vladimirovich Kichaev
> 13 Donskaya Street, Building 1
> 119049 Moscow
> Russian Federation
> Fax: +7 095 933 4873

      6. That he, on July 30, 2008, served Metropol and ObiBank's prior counsel in the underlying LCIA arbitration, Messrs. Rozdeiczer and Lambert of Clifford Chance, the attached Notice Letter by fax and Federal Express overnight express mail at the following address and phone number:

NewYork 1186997.1

        Lukasz Rozdeiczer, Esq.
        Robert Lambert, Esq.
        Clifford Chance LLP
        10 Upper Bank Street
        Canary Wharf, London E14 5JJ
        United Kingdom
        Fax:  +44 20 7006 5555

                                                  Christopher A. Blackwell

Sworn to before me this 31st
day of July, 2008.

_____
Notary Public

        MARIANNE S. GUNN
    Notary Public, State of New York
        No. 01GU6703715
     Qualified in New York County
  Commission Expires 10/31/ 2010

**EXHIBIT A**



## SALANS
ATTORNEYS AT LAW

Rockefeller Center, 620 Fifth Avenue, New York, NY 10020-2457, USA
Tel +1 (212) 632 5500  Fax +1 (212) 632 5555
www.salans.com

Christopher A. Blackwell  *Associate*
Direct Dial  (212) 632 8338
Direct Fax  (212) 307 3328
cblackwell@salans.com

July 30, 2008

**BY FEDEX**

RLI Partners, Limited
Attn: Richard H. Olsen, Esq.
Suite 23, Portland House
Glacis Road
Gibraltar

- and -

Richard H. Olsen, Esq.
10261 East Bay Harbor Drive, 11th Floor
Bay Harbor, FL 33154

Re:  Bipinchandra Shah v. RLI Partners Limited; Limited Liability Company "Investment Lottery Company"; Limited Liability Company "Investment Financial Company 'Metropol'"; and Commercial Bank "Ob'edinennyi Investitsionnyi Bank" (Limited Liability Company)
Civil Action No. 08 Civ. 4446 (JES)

Mr. Olsen:

        We represent Petitioner Bipinchandra Shah ("Shah") in the above-captioned dispute. This letter is to inform you that there is a pre-motion conference before the Honorable John E. Sprizzo, United States District Judge, on Tuesday, the 12th of August, 2008, at 3:00pm in Courtroom 14C of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York. At this conference, counsel for Shah will request permission to make a motion for summary judgment relating to Respondents' collective failure to appear or answer Shah's Petition to Confirm Foreign Arbitral Award. In all likelihood, this conference will also address issues related to the outstanding Order of Attachment as against Respondents Commercial Bank "Ob'edinennyi Investitsionnyi Bank" (Limited Liability Company) and Limited Liability Company "Investment Financial Company 'Metropol'".

ALMATY  BAKU  BERLIN[1]  BRATISLAVA  BUCHAREST  BUDAPEST[2]  ISTANBUL  KYIV  LONDON  MOSCOW
NEW YORK  PARIS  PRAGUE  SHANGHAI  ST. PETERSBURG  WARSAW

[1] SALANS LLP is a Limited Liability Partnership registered in London with Registration Number OC 316822. Registered Office Millennium Bridge House, 2 Lambeth Hill, London EC4V 4AJ, United Kingdom. Regulated by the Law Society of England and Wales. A list of members of SALANS LLP is available at the above Registered Office.

[2] Affiliated Office

❖ SALANS

Richard H. Olsen, Esq.  
Page 2

July 30, 2008

      If you would like to discuss this upcoming conference, or any other matter related to this dispute, please do not hesitate to contact either John Hay or myself.

      Best regards,

      Christopher A. Blackwell

CAB/des

cc:   Lukasz Rozdeiczer, Esq.  
      Robert Lambert, Esq.  
      Limited Liability Company "Investment Financial Company 'Metropol'"  
      Commercial Bank "Ob'edinennyi Investitsionnyi Bank" (Limited Liability Company)  
      Limited Liability Company "Investment Lottery Company"