```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
BIPINCHANDRA SHAH,

                    Petitioner,

        - against -                              08 Civ. 4446 (JES)

RLI PARTNERS, LIMITED, LIMITED                   ORDER
LIABILITY COMPANY "INVESTMENT
LOTTERY COMPANY," LIMITED LIABILITY
COMPANY "INVESTMENT FINANCIAL
COMPANY 'METROPOL'," and COMMERCIAL
BANK "OBI'EDINENNYI INVESTITSIONNYI
BANK" (LIMITED LIABILITY COMPANY),

                    Respondents.
------------------------------------------X
```

The above-captioned action having come before the Court, and petitioner having sought leave of the Court to submit a Motion for Summary and Default Judgment against certain respondents, and the Court having considered all matters raised, it is

**ORDERED** that the Pre-Motion Conference previously scheduled for August 12, 2008 shall be and hereby is adjourned; and it is further

**ORDERED** that petitioner shall be and hereby is granted leave to submit his Motion for Summary and Default Judgment, not to exceed twenty five (25) pages, on or before August 20, 2008; and it is further

**ORDERED** that respondents shall submit their Response to petitioner's Motion, not to exceed twenty five (25) pages, on or before September 10, 2008.

Dated:    New York, New York
          August 12, 2008

                                        _____
                                             John E. Sprizzo
                                        United States District Judge