UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BIPINCHANDRA SHAH,

                Petitioner,

- against -

RLI PARTNERS, LIMITED, LIMITED LIABILITY COMPANY "INVESTMENT LOTTERY COMPANY", LIMITED LIABILITY COMPANY "INVESTMENT FINANCIAL COMPANY 'METROPOL'", and COMMERCIAL BANK "OBI'EDINENNYI INVESTITSIONNYI BANK" (LIMITED LIABILITY COMPANY),

                Respondents.

Civil Action No.: 08 Civ. 4446 (JES)

**NOTICE OF DISMISSAL**

    Pursuant to Fed. R. Civ. P. 41(a)(1)(i), Petitioner Bipinchandra Shah, through his attorneys, Salans, hereby dismisses his action against Respondent Limited Liability Company "Investment Lottery Company" ("ILC") only, without prejudice and without costs.

Dated: New York, New York
       August 18, 2008

                                            SALANS

                                            By: _____
                                            John J. Hay
                                            Christopher A. Blackwell
                                            Rockefeller Center
                                            620 Fifth Avenue
                                            New York, New York 10020
                                            Tel. (212) 632-5500
                                            Fax. (212) 632-5555
                                            *Attorneys for Petitioner Bipinchandra Shah*

TO:    Richard H. Olsen, Esq.
         10261 E. Bay Harbor Drive, 11th Floor
         Bay Harbor Island, FL 33154

- 2 -

RLI Partners, Limited
Attention: Richard H. Olsen
Suite 23, Portland House
Glacis Road, Gibraltar

Limited Liability Company "Investment Financial Company 'Metropol'"
(Attn: Alexander Valentinovich Udaltsov)
13 Donskaya Street, Building 1
119049 Moscow, Russia

Commercial Bank "Ob'edinennyi Investitsionnyi Bank" (Limited Liability Company)
(Attn: Alexei Vladimirovich Kichaev)
13 Donskaya Street, Building 1
119049 Moscow, Russia

Investment Lottery Company
Attention: Dr. Atik Zamman
1 Yan Raynis Street
125363 Moscow, Russia