UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BIPINCHANDRA SHAH,<br><br>         Petitioner,<br><br>- against -<br><br>RLI PARTNERS, LIMITED, LIMITED LIABILITY COMPANY "INVESTMENT LOTTERY COMPANY," LIMITED LIABILITY COMPANY "INVESTMENT FINANCIAL COMPANY 'METROPOL'," and COMMERCIAL BANK "OBI'EDINENNYI INVESTITSIONNYI BANK" (LIMITED LIABILITY COMPANY),<br><br>         Respondents. | Civil Action No.: 08 Civ. 4446 (JES)<br><br>**AFFIDAVIT OF SERVICE** |

STATE OF NEW YORK )
         ) ss.:
COUNTY OF NEW YORK )

   CHRISTOPHER A. BLACKWELL, being duly sworn, deposes and says:

   1. That he is over eighteen years of age, resides in the State of New York and is not a party to the above-titled action.

   2. That he, on August 18, 2008, served by Federal Express overnight delivery service the annexed **NOTICE OF DISMISSAL** on all Respondents, as enumerated below and at the addresses so designated, by depositing true copies of same in prepaid Federal Express envelopes and delivering same to an agent of Federal Express within the State of New York:

        RLI Partners, Limited
        Attn: Richard H. Olsen
        Suite 23, Portland House
        Glacis Road, Gibraltar
         - and -
        Richard H. Olsen
        10261 East Bay Harbor Drive, 11th Floor
        Bay Harbor, FL 33154

Investment Lottery Company
Attn: Dr. Atik Zamman
1 Yan Raynis Street
125363 Moscow, Russia

"Investment Financial Company 'Metropol'"
13 Donskaya Street, Building 1
119049 Moscow, Russia

"Ob'edinennyi Investitsionnyi Bank": ObiBank
13 Donskaya Street, Building 1
119049 Moscow, Russia

Christopher A. Blackwell

Sworn to before me this 20th
day of August, 2008.

Notary Public

ANTHONY M. PABON
Notary Public, State of New York
No. 01PA5050425
Qualified in New York County
Commission Expires October 10, 2009