UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BIPINCHANDRA SHAH,

                Petitioner,

     -against-

RLI PARTNERS, LIMITED, LIMITED
LIABILITY COMPANY "INVESTMENT
LOTTERY COMPANY", LIMITED LIABILITY
COMPANY "INVESTMENT FINANCIAL
COMPANY 'METROPOL'", and COMMERCIAL
BANK "OBI'EDINENNYI INVESTITSIONNYI
BANK" (LIMITED LIABILITY COMPANY),

                Respondents.

Civil Action No.: 08 Civ. 4446 (JES)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                    ) ss.:
COUNTY OF NEW YORK  )

      DERIC GERLACH, being duly sworn, deposes and says:

      1. That he is over eighteen years of age, resides in the State of New York and is not a party to the above-titled action.

      2. That he, on August 20, 2008, served by Federal Express mail service a true and correct copy of the following documents:

- Notice of Motion for Summary Judgment and for Order Directing Payment;

- Affidavit of John J. Hay, Esq. in Support of Petitioner's Motion for Summary Judgment and for an Order Directing Payment of Funds to Petitioner;

- Petitioner's Rule 56.1 Statement; and

- Petitioner's Memorandum of Law in Support of Motion for Summary Judgment

      These documents (collectively, the "Papers") were served on all Respondents, as enumerated below and at the addresses so designated, by depositing true

copies of the Papers in prepaid Federal Express envelopes and delivering same to an agent of Federal Express within the State of New York

          RLI Partners, Limited
          Attn:  Richard H. Olsen
          Suite 23, Portland House
          Glacis Road, Gibraltar
           - and -
          Richard H. Olsen
          10261 East Bay Harbor Drive, 11th Floor
          Bay Harbor, FL 33154

          Investment Lottery Company
          Attn:  Dr. Atik Zamman
          1 Yan Raynis Street
          125363 Moscow, Russia

          "Investment Financial Company 'Metropol'"
          13 Donskaya Street, Building 1
          119049 Moscow, Russia

          "Ob'edinennyi Investitsionnyi Bank":  ObiBank
          13 Donskaya Street, Building 1
          119049 Moscow, Russia

                             _____
                                   Deric Gerlach

Sworn to before me this 21st
day of August, 2008.

_____
Notary Public

ANA S. SERRANO-AYAU
Notary Public, State of New York
No. 01SE6057472
Qualified in Queens County
Certificate filed in New York County
Commission Expires April 16, 20__