UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BIPINCHANDRA SHAH,

                Petitioner,

- against -

RLI PARTNERS, LIMITED, LIMITED LIABILITY COMPANY "INVESTMENT LOTTERY COMPANY", LIMITED LIABILITY COMPANY "INVESTMENT FINANCIAL COMPANY 'METROPOL'", and COMMERCIAL BANK "OBI'EDINENNYI INVESTITSIONNYI BANK" (LIMITED LIABILITY COMPANY),

                Respondents.

Civil Action No.: 08 Civ. 4446 (JES)

**NOTICE OF MOTION FOR SUMMARY JUDGMENT AND FOR ORDER DIRECTING PAYMENT**

---

      PLEASE TAKE NOTICE that, upon the accompanying Affidavit of John J. Hay, sworn to on August 20, 2008, Petitioner's Memorandum of Law in Support of Motion for Summary Judgment, Petitioner's Rule 56.1 Statement of Undisputed Facts, the Proposed Orders, and all prior pleadings and proceedings herein, Petitioner Bipinchandra Shah will move before the Honorable John E. Sprizzo, United States District Judge, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Courtroom 14C, New York, New York 10007, pursuant to the Scheduling Order of the Court dated August 12, 2008 (the "Scheduling Order") for an Order granting Petitioner's motion for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure confirming the Foreign Arbitral Award rendered in Petitioner's favor against Respondents and entering judgment on the award. Further, Petitioner will move the Court for an order directing Garnishee Citibank, N.A., to pay to Petitioner without delay, all funds held by it belonging to Respondent ObiBank pursuant to the Order of Attachment entered in this case.

      PLEASE TAKE FURTHER NOTICE that pursuant to the Scheduling Order any opposing affidavits and answering memorandum of law shall be served on or by September 10, 2008.

Dated: New York, New York
       August 20, 2008

                                              SALANS

                                              By: _____
                                                 John J. Hay
                                                 Christopher A. Blackwell

Rockefeller Center
620 Fifth Avenue
New York, New York 10020
Tel. (212) 632-5500
Fax. (212) 632-5555
*Attorneys for Petitioner Bipinchandra Shah*

TO:   (By Federal Express)

Richard H. Olsen, Esq.
10261 E. Bay Harbor Drive, 11th Floor
Bay Harbor Island, FL 33154

RLI Partners, Limited
Attention: Richard H. Olsen
Suite 23, Portland House
Glacis Road, Gibraltar

Limited Liability Company "Investment Financial Company 'Metropol'"
(Attn: Alexander Valentinovich Udaltsov)
13 Donskaya Street, Building 1
119049 Moscow, Russia

Commercial Bank "Ob'edinennyi Investitsionnyi Bank" (Limited Liability Company)
(Attn: Alexei Vladimirovich Kichaev)
13 Donskaya Street, Building 1
119049 Moscow, Russia