UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BIPINCHANDRA SHAH,

                Petitioner,

  -against-

RLI PARTNERS, LIMITED, LIMITED
LIABILITY COMPANY "INVESTMENT
LOTTERY COMPANY", LIMITED LIABILITY
COMPANY "INVESTMENT FINANCIAL
COMPANY 'METROPOL'", and COMMERCIAL
BANK "OBI'EDINENNYI INVESTITSIONNYI
BANK" (LIMITED LIABILITY COMPANY),

                Respondents.

Civil Action No.: 08 Civ. 4446 (JES)

**AFFIDAVIT OF SERVICE**

---

STATE OF NEW YORK   )
                             ) ss.:
COUNTY OF NEW YORK )

        DERIC GERLACH, being duly sworn, deposes and says:

        1. That he is over eighteen years of age, resides in the State of New York and is not a party to the above-titled action.

        2. That he, on August 21, 2008 served by fax, as agreed to in the annexed email, a true and correct copy of the Order Confirming and Modifying Order of Attachment associated with Petitioner Bipinchandra Shah's Petition to Confirm Foreign Arbitral Award and Application for a Temporary Restraining Order and Pre-Judgment Order of Attachment (the "Order") upon the following:

                Citibank, N.A.
                One Court Square
                Long Island City, New York 11101
                Fax no.: (866) 560-0633

        3. That he, on August 21, 2008, served by Federal Express mail service a true and correct copy of the Order on all Respondents, as enumerated below and at the addresses so designated, by depositing true copies of the order in prepaid Federal Express envelopes and delivering same to an agent of Federal Express within the State of New York

RLI Partners, Limited
Attn: Richard H. Olsen
Suite 23, Portland House
Glacis Road, Gibraltar
 - and -
Richard H. Olsen
10261 East Bay Harbor Drive, 11th Floor
Bay Harbor, FL 33154

Investment Lottery Company
Attn: Dr. Atik Zamman
1 Yan Raynis Street
125363 Moscow, Russia

"Investment Financial Company 'Metropol'"
13 Donskaya Street, Building 1
119049 Moscow, Russia

"Ob'edinennyi Investitsionnyi Bank": ObiBank
13 Donskaya Street, Building 1
119049 Moscow, Russia

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Deric Gerlach

Sworn to before me this 21st
day of August, 2008.

_____
Notary Public

**SUSAN B. NEAL**
Notary Public, State of New York
No. 4835690
Qualified in New York County
Commission Expires November 30, 2009

- 2 -

From: Mihalik, Mary B [mailto:mary.b.mihalik@citi.com]
Sent: Thursday, May 29, 2008 9:41 AM
To: John J. Hay
Subject: RE: RESTRAINING ORDER - a/c 3625-3085
Importance: High

John,

Please serve me via fax at 1-866-560-0633. I have desktop fax so the document will go directly to my email inbox.

Regards,

Mary B. Mihalik, VP
Citi Markets & Banking
GCO-Litigation
388 Greenwich Street / 17th Floor
New York, NY 10013
tel:   1-212-816-6182
fax:   1-866-560-0633
email: mary.b.mihalik@citi.com

---

From: John J. Hay [mailto:JHay@salans.com]
Sent: Wednesday, May 28, 2008 6:21 PM
To: Mihalik, Mary B [CMB-GCO]
Subject: RE: RESTRAINING ORDER - a/c 3625-3085

Mary:
I wanted to give you a heads-up that, out of an abundance of caution, we intend to serve Citibank with a copy of the same attachment order today and on other occasions in the future to ensure that any funds coming into the account are cover by the attachment. Since you are handling this matter we will serve by fax (which is permitted under the order), to your fax. Please advise if you want us to fax it to some other fax number in order to effect service.
John Hay

John Hay
Salans
Rockefeller Center
620 Fifth Avenue,
New York, NY 10020-2457
(Tel) (212) 632-8457
(Fax) (212) 307-3397
jhay@salans.com
www.salans.com